<div style="margin-left: auto;">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL TURTLE,<br>    Plaintiff,<br>  v.<br>CASTLE RECORDS INCORPORATED, et al., | No. C 03-3922 MMC<br><br>**ORDER DISMISSING COMPLAINT IN INTERVENTION AND COUNTERCLAIMS THERETO** |
| JONATHAN RICHMAN,<br>    Plaintiff in Intervention<br>  v.<br>JOEL TURTLE, et al.,<br>    Defendants in Intervention | |
| MATTHEW KAUFMAN,<br>    Counterclaimant<br>  v.<br>JONATHAN RICHMAN,<br>    Counterdefendant        / | |

    The parties to the Complaint in Intervention having advised the Court that they have agreed to a settlement,

    IT IS HEREBY ORDERED that plaintiff in intervention Jonathan Richman's claims against defendants in intervention Joel Turtle and Matthew Kaufman, and counterclaimant Matthew Kaufman's claims against counterdefendant Jonathan Richman are dismissed

1  without prejudice; provided, however, that if any of the above-referenced parties shall
2  certify to this Court, within ninety days, with proof of service of a copy thereon on opposing
3  counsel, that the agreed consideration for said settlement has not been delivered over, the
4  foregoing Order, or portion thereof, shall stand vacated and the matter shall forthwith be
5  restored to the calendar to be set for trial.
6  **IT IS SO ORDERED.**
7
8  Dated: June 1, 2005                               /s/ Maxine M. Chesney
                                                     MAXINE M. CHESNEY
9                                                    United States District Judge