1  WILLIAM E. WEISS, State Bar Number 73108
   LAW OFFICES OF WILLIAM E. WEISS
2  130 Sutter Street, 7th Floor
   San Francisco, California 94104
3  Telephone:    (415) 362-6765
   Facsimile:    (415) 362-2405
4
   Attorney for Plaintiffs
5  JOEL TURTLE et al.

**E-FILING**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL TURTLE, AS ADMINISTRATOR FOR: LEXY GIRL MUSIC; RYE BOY MUSIC; WELL RECEIVED MUSIC; JONATHAN'S MUSIC; MODERN LOVE SONGS; AND TREMOR MUSIC, AND AS PARTNER IN: LEXY GIRL MUSIC; RYE BOY MUSIC; AND WELL RECEIVED MUSIC, AND MATTHEW KAUFMAN, AS AN INDIVIDUAL DOING BUSINESS AS: JONATHAN'S MUSIC; AND MODERN LOVE SONGS, AND AS PARTNER IN TREMOR MUSIC,<br><br>       Plaintiffs,<br><br>vs.<br><br>SANCTUARY RECORDS GROUP, INC., SANCTUARY RECORDS GROUP LIMITED, THE SANCTUARY GROUP PLC, CASTLE MUSIC PUBLISHING, CASTLE RECORDS INCORPORATED, BMG DISTRIBUTION, 5.1 LABEL GROUP, LLC, 5.1 ENTERTAINMENT GROUP, LLC, SILVERLINE RECORDS INCORPORATED, AND WHITE METAL MUSIC,<br><br>       Defendants. | CASE NO.:   C-03-3922 MMC<br><br>**STIPULATION AND ORDER TO REMOVE DOCUMENTS FROM THE EFILE SYSTEM AND TO FILE REDACTED OR SEALED DOCUMENTS**<br><br>Location:   Courtroom 7. 19th Floor<br>Judge:      Hon. Maxine M. Chesney |

------------------------------------------------------------------

STIPULATION – C-03-3922 MMC – P. i

1 It is stipulated by the parties hereto that the Plaintiffs' Points and Authorities in Support
2 of Summary Judgment, filed with Exhibits L and S, may be removed by the Court because they
3 inadvertently contained non-redacted parts subject to a protective order. The documents are
4 found on the efile system at:

6 Doc. No. 177 Part 1 – Main Document (Plaintiffs' Points and Authorities)
7 Doc. No. 179 Part 1 – Main Document (includes Exhibit L)
8 Doc. No. 179 Part 2 – Exhibit (includes Exhibit S)

10 Furthermore, it is stipulated by the parties hereto that the Plaintiffs' Points and Authorities shall
11 be replaced by a redacted version and Plaintiffs' Exhibits L and S shall be re-filed under seal.
12 Pursuant to Local Rules 7-11 and 79-5(d), Plaintiffs request the Court grant the order
13 allowing the removal of the non-redacted documents and an order allowing the filing of a
14 redacted version of the Plaintiffs' Points and Authorities and sealed Exhibits L and S.

16 Dated: August 5, 2005

Respectfully submitted,

WILLIAM E. WEISS
Attorney for Plaintiffs
JOEL TURTLE et al.

DIANE J. MASON
Attorney for Defendants
SANCTUARY RECORDS GROUP
INC. et al.

STIPULATION – C-03-3922 MMC – P. 1

1  GOOD CAUSE APPEARING,

2     It is hereby ordered that the following non-redacted documents shall be removed from the
3  eFile system. A redacted version of Plaintiffs' Points and Authorities and sealed Exhibits L and S
4  shall be filed in their place.

6     Doc. No. 177 Part 1 – Main Document (Plaintiffs' Points and Authorities)
7     Doc. No. 179 Part 1 – Main Document (includes Exhibit L)
8     Doc. No. 179 Part 2 – Exhibit (includes Exhibit S)
9  Plaintiff shall file the redacted version no later than August 12, 2005.

10 Dated: August  9 , 2005                    _____
                                              HON. MAXINE M. CHESNEY
11                                            U.S. District Court Judge