IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL TURTLE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SANCTUARY RECORDS GROUP, INC., et al.,<br><br>    Defendants | No. C-03-3922 MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF; DENYING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; DENYING PLAINTIFFS' REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |

    Before the Court is the administrative motion of defendants Sanctuary Records Group, Inc., BMG Distribution, 5.1 Label Group, LLC, Sanctuary Records Group Ltd., and Sanctuary Group, Plc, to continue the hearings on two motions filed by plaintiffs Joel Turtle and Matthew Kaufman, specifically, plaintiffs' motions to amend and for summary judgment. Plaintiffs have filed opposition. Having read and considered the papers filed in support of and in opposition to defendants' administrative motion, the Court rules as follows:

    1. Defendants have not shown good cause exists to continue the hearing dates on either the motion to amend or motion for summary judgment. Accordingly, defendants' administrative motion is hereby DENIED.

    2. Plaintiffs' motion for summary judgment seeks, inter alia, a finding on claims that

are alleged for the first time in plaintiffs' proposed Third Amended Complaint ("TAC"), specifically, plaintiffs' proposed claims that certain of said defendants are engaging in infringement by "online" sales, (see Proposed TAC ¶ 21;[1] Pls.' P. & A. in Support of Mot. for Summ. J. at 9:20-27), and that defendant 5.1 Label Group, LLC interfered with plaintiffs' prospective economic advantage, (see Proposed TAC at 11:8-9, 12-13; Pls.' P. & A. in Support of Mot. for Summ. J. at 20:9 - 21:4).  Because such claims are not alleged in the operative pleading, and the Court has yet to consider plaintiffs' motion to amend to add such claims, plaintiffs' motion for summary judgment as to such claims is DENIED without prejudice.

3.  Plaintiffs' request, made in its opposition to defendants' administrative motion, to continue the settlement conference scheduled for September 13, 2005 is DENIED, without prejudice to plaintiffs' seeking such relief from Magistrate Judge Chen.

**IT IS SO ORDERED.**

Dated: August 16, 2005

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The proposed TAC is Exhibit Q to the Declaration of William E. Weiss, filed July 25, 2005, in support of plaintiffs' motion to amend.

2