**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOEL TURTLE, et al.,                        No. C-03-3922 MMC

12            Plaintiffs,              **ORDER DIRECTING PLAINTIFF TO**
     v.                                **LODGE CHAMBERS COPIES IN**
13                                     **COMPLIANCE WITH GENERAL**
     SANCTUARY RECORDS GROUP, INC., et  **ORDER 45 AND THE COURT'S**
14   al.,                              **STANDING ORDERS**

15            Defendants
                                      /
16

17        On August 24, 2005, plaintiff electronically filed its Reply to Defendants' Opposition

18   to Motion to Amend Second Amended Complaint.  Plaintiff has violated General Order 45

19   and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later

20   than noon on the business day following the day that the papers are filed electronically, one

21   paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and

22   . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not

23   File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned

24   to The Honorable Maxine M. Chesney ¶ 2.

25        Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

26   Standing Orders by immediately submitting a chambers copy of the above-referenced

27   document.  All parties are hereby advised that if either party fails in the future to comply

28   with the Court's Standing Order to provide chambers copies of electronically-filed

1  documents, the Court may impose sanctions on the noncomplying party, including, but not

2  limited to, striking from the record any electronically-filed document of which a chambers

3  copy has not been timely provided to the Court.

4        **IT IS SO ORDERED.**

5

6  Dated: August 30, 2005

7                                                MAXINE M. CHESNEY
                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28