LAW OFFICES OF
# WILLIAM E. WEISS

130 SUTTER STREET 7th FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 362-6765
FACSIMILE (415) 362-2405

August 31, 2005

The Hon. Maxine M. Chesney
Judge of the United States District Court
Courtroom 7, 19th Floor
450 Golden Gate Ave
San Francisco, Ca. 94102

Re: Turtle et al v. Sanctuary Records et al. Case # C-03-3922-MMC

Dear Judge Chesney:

This is in reference to the court's order to the effect that we did not file a hardcopy of the reply brief to plaintiffs' motion to summary judgment as required by your standing order.

Naturally, this was a cause for chagrin as we were previously criticized by the court for not following the standard order mentioned above. As soon as I received notice by e-mail of the court's order I contacted our messenger service, Silver Bullet, and received confirmation that a paper copy of the reply brief was in fact delivered to the clerk's office on August 24, 2005, the same day we e-filed the reply brief. "ANNE" in the clerk's office signed for the delivery. I attach a copy of the messenger's log sheet indicating the time of delivery (Five minutes to three), the date (August 24, 2005) and the signature of the person at the clerk's office accepting it. (ANNE). The log sheet indicates the job # (713), the pick up location (130 Sutter Street 7th Floor) and the delivery location. (450 Golden Gate 16th floor.)

While I did not conduct such research on the previous filing which apparently did not reach the court either, it is clear we did comply with your standing order with reference to the reply brief.

I apologize to the court for any inconvenience and hope this confusion does not weigh against us with regard to the brief or motion. I make my share of mistakes and thank the court for its understanding when a mistake is made. This time though, I plead not guilty and hope the court agrees.

Respectfully submitted,

*William E. Weiss*

William E. Weiss

cc: By e filing

The Court thanks counsel for his explanation and based on the evidence presented, albeit circumstantial, finds counsel "Not Guilty."

Date: September 6, 2005

*Maxine M. Chesney*

Maxine M. Chesney
United States District Court