| | |
|---|---|
| 1 | EVAN S. COHEN (Bar # 119601) |
|   | S. MARTIN KELETI (Bar # 144208) |
| 2 | COHEN AND COHEN |
|   | 740 North La Brea Avenue |
| 3 | Los Angeles, California 90038-3339 |
|   | (323) 938-5000 telephone |
| 4 | (323) 936-6354 facsimile |
| 5 | Attorneys for Intervenor JONATHAN RICHMAN |
|   | doing business as JONATHAN'S MUSIC |
| 6 | |
| 7 | |

# United States District Court
# Northern District of California
# San Francisco Division

| JOEL TURTLE, et al., | Case No. C-03-3922 MMC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF; AMENDING ORDER DISMISSING COMPLAINT IN INTERVENTION AND COUNTERCLAIMS THERETO |
| v. | |
| SANCTUARY RECORDS GROUP, INC., et al., | |
| Defendants. | |
| JONATHAN RICHMAN doing business as JONATHAN'S MUSIC, | [Civil L.R. 7-11] |
| Plaintiff in intervention, | Judge:  Hon. Maxine M. Chesney |
| v. | Date:   [No Hearing] |
|    | Time:   [No Hearing] |
| JOEL TURTLE, ADMINISTRATOR FOR MODERN LOVE SONGS; MATTHEW KAUFMAN; DOE 1 through DOE 10, inclusive, | Place:  [No Hearing] |
| Defendants in intervention. | |
| MATTHEW KAUFMAN, et al., | |
| Counterclaimant, | |
| v. | |
| JONATHAN RICHMAN, | |
| Counterdefendant. | |

1  After consideration of the papers in support of and in opposition to plaintiff in intervention Jonathan Richman's motion for administrative relief, the court amends its order of June 1, 2005 as follows:

The parties to the Complaint in Intervention having advised the Court that they have agreed to a settlement.

IT IS HEREBY ORDERED that plaintiff in intervention Jonathan Richman's claims against defendants in intervention Joel Turtle and Matthew Kaufman, and counterclaimant Matthew Kaufman's claims against counterdefendant Jonathan Richman are dismissed without prejudice; provided, however, that if any of the above-referenced parties shall certify to this Court, within one hundred twenty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order, or portion thereof, shall stand vacated and the matter shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: September 8, 2005

MAXINE M. CHESNEY
United States District Court Judge

Submitted by:

Dated: August 31, 2005

COHEN AND COHEN

By: _____
S. MARTIN KELETI
Attorneys for plaintiff in intervention
JONATHAN RICHMAN