WILLIAM E. WEISS, State Bar Number 73108
LAW OFFICES OF WILLIAM E. WEISS
130 Sutter St., 7th Floor
San Francisco, California 94104
Telephone: (415) 362-6765
Facsimile: (415) 362-2405

Attorney for Plaintiffs
JOEL TURTLE et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL TURTLE, AS ADMINISTRATOR FOR: LEXY GIRL MUSIC; RYE BOY MUSIC, WELL RECEIVED MUSIC, JONATHAN'S MUSIC; MODERN LOVE SONGS, AND TREMOR MUSIC, AND AS PARTNER IN: LEXY GIRL MUSIC; RYE BOY MUSIC; AND WELL RECEIVED MUSIC, AND MATTHEW KAUFMAN, AS AN INDIVIDUAL DOING BUSINESS AS: JONATHAN'S MUSIC; AND MODERN LOVE SONGS, AND AS PARTNER IN TREMOR MUSIC,<br><br>          Plaintiffs,<br><br>    v.<br><br>SANCTUARY RECORDS GROUP, INC., SANCTUARY RECORDS GROUP LIMITED, THE SANCTUARY GROUP PLC, CASTLE MUSIC PUBLISHING, CASTLE RECORDS INCORPORATED, BMG DISTRIBUTION, 5.1 ENTERTAINMENT GROUP, LLC, SILVERLINE RECORDS INCORPORATED, AND WHITE METAL MUSIC,<br><br>          Defendants. | CASE NO.: 3-03-CV-03922 MMC<br><br>STIPULATED REQUEST TO EXTEND DISCOVERY CUTOFF (L. R. 6-2); ORDER THEREON |

    The parties in the above-referenced matter respectfully make this stipulated request to modify the Discovery Plan contained in this Court's Pretrial Preparation Order of March 20, 2005 as follows:

    Non-expert Discovery Cut-off       November 18, 2005

STIPULATED REQUEST TO EXTEND DISCOVERY CUT-OFF

| | | |
|---|---|---|
| 1 | Designation of Experts | November 4, 2005 |
| 2 | Designation of Expert - Rebuttal | December 2, 2005 |
| 3 | Expert Discovery Cut-off | December 23, 2005 |

The parties further agree that any non-expert depositions noticed by November 17, 2005 may be completed by December 22, 2005, if the parties are not able to complete the noticed depositions by the close of non-expert discovery.

This stipulation was made for the following reasons: Depositions were set within the original discovery cut-off but in order to accommodate all counsels' vacation and trial schedules it was agreed they could be reset to later dates; it was more cost efficient to file various dispositive motions first in order to narrow or resolve issues in the case before arranging depositions in three different cities that are geographically distant to one or more counsel; the deposition of the witnesses will not cause a delay in the trial to the best of counsel's knowledge and may result in alleviating the problem of causing one or more witnesses to travel across country in order to testify at trial.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATED REQUEST

2

1  William Weiss declares under penalty of perjury that the foregoing is true and correct pursuant to
2  the laws of the State of California and the United States of America.

ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

Dated:  September 23, 2005        LAW OFFICES OF WILLIAM E. WEISS


                                   _____/s/_____
                                   William E, Weiss
                                   Attorney for plaintiffs


Dated: September 23, 2005         DORSEY & WHITNEY LLP


                                   _____/s/_____
                                   HELENE FREEMAN
                                   DIANE J. MASON
                                   Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 26, 2005        *[signature: Maxine M. Chesney]*
                                   Hon. Maxine M. Chesney
                                   United States District Judge

3

STIPULATED REQUEST
4836-1319-4240\1 9/23/2005 4:02 PM