UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL TURTLE, ET AL., | Case No. C03-3922 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING DEFENDANTS' MOTION TO COMPEL [Docket No. 233[ AND DENYING DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR DEFENDANTS' MOTION TO COMPEL [Docket No. 239]** |
| CASTLE RECORDS INC, ET AL., | |
| Defendant(s). | |

On December 1, 2005, Defendants filed a Motion to Compel, and on December 5, 2005, Defendants filed a Motion to Shorten Time To Hear Defendants' Motion to Compel (the "Motions").

IT IS HEREBY ORDERED that the Motions are DENIED for failure to comply with this Court's Order dated January 24, 2005 [Docket No. 121]. Lead trial counsel for the parties are ORDERED to meet and confer, **in person**, within five (5) court days from the date of this Order regarding the subject matter of this dispute. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.

IT IS SO ORDERED.

Dated: December 6, 2005

JOSEPH C. SPERO
United States Magistrate Judge