| | |
|---|---|
| 1 | DORSEY & WHITNEY LLP |
| | Helene M. Freeman (NY 1088004) |
| 2 | Appearance Pro Hac Vice |
| | 250 Park Avenue |
| 3 | New York, New York 10177 |
| | Telephone: (212) 415-9200 |
| 4 | Facsimile: (212) 953-7201 |

DORSEY & WHITNEY LLP
Diane Mason (CA SBN 168202)
555 California Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 781-1989
Facsimile: (415) 398-3249

Attorneys for Defendants Sanctuary Records Group, Inc., BMG Distribution, 5.1 Label Group, LLC, Sanctuary Records Group, Ltd., Sanctuary Group, Plc.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL TURTLE, AS ADMINISTRATOR FOR: LEXY GIRL MUSIC; RYE BOY MUSIC, WELL RECEIVED MUSIC, JONATHAN'S MUSIC; MODERN LOVE SONGS, AND TREMOR MUSIC, AND AS PARTNER IN: LEXY GIRL MUSIC; RYE BOY MUSIC; AND WELL RECEIVED MUSIC, AND MATTHEW KAUFMAN, AS AN INDIVIDUAL DOING BUSINESS AS: JONATHAN'S MUSIC; AND MODERN LOVE SONGS, AND AS PARTNER IN TREMOR MUSIC,

      Plaintiffs,.

  v.

SANCTUARY RECORDS GROUP, INC., SANCTUARY RECORDS GROUP LIMITED, THE SANCTUARY GROUP PLC, CASTLE MUSIC PUBLISHING, CASTLE RECORDS INCORPORATED, BMG DISTRIBUTION, 5.1 ENTERTAINMENT GROUP, LLC, SILVERLINE RECORDS INCORPORATED, AND WHITE METAL MUSIC,

      Defendants.

CASE NO.: C-03-3922 MMC

**STIPULATED REQUEST FOR ORDER TO CONTINUE TRIAL DATE (L.R. 6-2); ORDER THEREON**

This matter currently has a trial date scheduled for March 6, 2006.  Plaintiffs Joel Turtle and Matthew Kaufman filed a Third Amended Complaint on October 6, 2005.  Defendants filed their Answer and counterclaims on October 20, 2005.  This court currently has Plaintiffs' Motion to Dismiss Defendants' Counterclaims pending before it.  As the Amended Complaint adds new issues to the case, both parties will require additional time for discovery.  Therefore, Plaintiffs and Defendants in this matter both respectfully request that the Court continue the trial date to June 19, 2006, or, any date thereafter.

The Declaration of Helene M. Freeman accompanies this stipulated request.

**FACTS**

On March 20, 2005, this Court issued a Pretrial Preparation Order, setting a trial date of March 6, 2006, and a non-expert discovery cut-off of September 23, 2005.  The parties in this matter subsequently entered into a stipulation, in which the non-expert discovery cut-off was extended until November 18, 2005.  The parties also agreed that any depositions noticed before November 17, 2005 could be taken before December 22, 2005.  See, Order to Extend Discovery Cut-off, entered September 26, 2005.  Declaration of Helene Freeman ("Freeeman Dec."), ¶2-3.

Plaintiffs' filed their Third Amended Complaint on October 5, 2005.  The Third Amended Complaint adds new copyrights that are alleged to be infringed.  Additional discovery will therefore need to be taken on the new issues. Freeman Dec., ¶4.

At this Court's Case Management Conference, held on December 2, 2005, Defendants requested relief from this Court's March 20, 2005 Pretrial Preparation Order.  This Court requested that the parties stipulate to extend the trial date in this matter.  At the time, the parties were unable to reach a stipulation to extend the trial dates.  Freeman Dec., ¶5.

Mr. William Weiss, counsel for Plaintiffs, informed Defendants' counsel on December 2, 2005 that, because of his trial schedule, he was unavailable to schedule any depositions until December 20, 2005.  Mr. Weiss subsequently confirmed that Plaintiffs would be available for deposition on December 20 and 21, 2005.  Freeman Dec., ¶6.

On December 8, 2005, Plaintiffs filed a request to extend the deadline to file dispositive motions, on account of Mr. Weiss' prior trial commitments.

On December 8, 2005, Helene Freeman, counsel for Defendants, and Mr. Weiss reached a stipulation to extend the trial dates.  Freeman Dec., ¶8-9.  The parties believe that the requested extension is reasonable as it will continue the trial date only three months.

## ARGUMENT

Good cause exists to continue the trial date in this matter.  Plaintiffs' Third Amended Complaint adds new issue to this matter.  Specifically, the Complaint alleges that an additional six new copyrights were infringed.  Therefore, both parties require additional discovery, and additional time to prepare dispositive motions on the new issues in this matter.

At the Case Management Conference held on December 2, 2005, Defendants requested relief from the upcoming deadlines in this case.  This Court, however, stated that it would not rule on Defendants request unless the parties reached a stipulation to continue the trial date.  Further to the parties attempt to meet and confer on the issue of continuing the trial date at the Case Management Conference, the parties have now reached an agreement to continue the trial date in this matter.  Furthermore, Plaintiffs have filed a request with this court to extend the deadline to file dispositive motions.  Granting this stipulated request to continue the trial date would provide Plaintiffs with their requested relief.

For the above reasons, all parties respectfully request that this Court's Pretrial Preparation Order be modified by continuing the trial date in this matter to June 19, 2006, that the discovery period be re-opened, and that the pending deadlines set by this Court be modified as follows

TRIAL DATE:                                              June 19, 2006, at 9:00 a.m.

TRIAL LENGTH is estimated to be ten days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provision below.

NON-EXPERT DISCOVERY CUTOFF:             January 27, 2006

EXPERT DISCOVERY CUTOFF:                        March 3, 2006

LAST DAY TO FILE DISPOSITIVE MOTIONS:   March 17, 2006

FINAL PRETRIAL CONFERENCE DATE          May 30, 2006

Settlement conference before Judge Chen to be held by April 7, 2006.

Meet and confer for Pretrial Order by April 21, 2006.

### ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

Dated:  December 8, 2005              LAW OFFICES OF WILLIAM E. WEISS

                                      By:          /S/
                                      _____
                                      WILLIAM E. WEISS
                                      Attorney for Plaintiffs
                                      Joel Turtle, Administrator For
                                      Rye Boy Music, Lexy Girl Music, Modern Love Songs, Well
                                      Received Music, Tremor Music And Matthew Kaufman

DATED:  December 8, 2005              DORSEY & WHITNEY LLP

                                      By:         /s/
                                         HELENE M. FREEMAN
                                         DIANE J. MASON

                                      Attorneys for Defendants Sanctuary Records Group, Inc.,
                                      BMG Distribution, 5.1 Label Group, LLC, Sanctuary
                                      Records Group, Ltd., Sanctuary Group, Plc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: DECEMBER 12, 2005

_____       HON. MAXINE M. CHESNEY