DORSEY & WHITNEY LLP
George C. Fisher (CA SBN 40794)
1717 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

DORSEY & WHITNEY LLP
Helene M. Freeman (NY 1088004)
Appearance Pro Hac Vice
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

DORSEY & WHITNEY LLP
Diane Mason (CA SBN 168202)
555 California Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 781-1989
Facsimile: (415) 398-3249

Attorneys for Defendants Sanctuary Records Group, Inc., BMG Distribution, 5.1 Label Group, LLC, Sanctuary Records Group, Ltd., Sanctuary Group, Plc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL TURTLE, AS ADMINISTRATOR FOR: LEXY GIRL MUSIC; RYE BOY MUSIC, WELL RECEIVED MUSIC, JONATHAN'S MUSIC; MODERN LOVE SONGS,  AND TREMOR MUSIC, AND AS PARTNER IN: LEXY GIRL MUSIC; RYE BOY MUSIC; AND WELL RECEIVED MUSIC, AND MATTHEW KAUFMAN, AS AN INDIVIDUAL DOING BUSINESS AS: JONATHAN'S MUSIC; AND MODERN LOVE SONGS, AND AS PARTNER IN TREMOR MUSIC,<br><br>                    Plaintiffs,.<br><br>   v.<br><br>SANCTUARY RECORDS GROUP, INC., SANCTUARY RECORDS GROUP LIMITED, THE SANCTUARY GROUP PLC, CASTLE MUSIC PUBLISHING, CASTLE RECORDS INCORPORATED, BMG DISTRIBUTION, 5.1 | CASE NO.:  C-03-3922 MMC<br><br>**STIPULATED REQUEST FOR ORDER TO CONTINUE EXPERT DISCOVERY CUT-OFF; ORDER THEREON** |

-1-
Stipulated Request for Order to Continue Expert Discovery Cut-Off; Order Thereon
C 03-3922 MMC

| | |
|---|---|
| ENTERTAINMENT GROUP, LLC, SILVERLINE RECORDS INCORPORATED, AND WHITE METAL MUSIC, | ) ) ) ) |
| Defendants. | ) ) ) |

## INTRODUCTION

The matter is currently scheduled for trial on June 19, 2006 with a final Pretrial Conference scheduled for May 30, 2006.  The current date for expert discovery cut off is March 3, 2006.  Because of scheduling and other issues, the parties have agreed that depositions of experts may take place until the end of March, and hereby request the Court's order approving their stipulation

## STIPULATION

The Parties hereby stipulate and agree that the expert discovery cut off be continued from March 3, 2006 until March 31, 2006 and that all other scheduled dates remain the same.

## ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

DATED: February ___ 2006                    LAW OFFICES OF WILLIAM E. WEISS

By:            /S/
_____
WILLIAM E. WEISS

Attorney for Plaintiffs
Joel Turtle, Administrator For
Rye Boy Music, Lexy Girl Music, Modern Love Songs, Well Received Music, Tremor Music And Matthew Kaufman

| | |
|---|---|
| DATED: February 17, 2006 | DORSEY & WHITNEY LLP |
| | |
| | By: _____/S/_____ |
| |     GEORGE C. FISHER |
| |     HELENE M. FREEMAN |
| |     DIANE J. MASON |
| | Attorneys for Defendants Sanctuary Records Group, Inc., BMG Distribution, 5.1 Label Group, LLC, Sanctuary Records Group, Ltd., Sanctuary Group, Plc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: February 22, 2006

*/s/ Maxine M. Chesney*
HON. MAXINE M. CHESNEY

-3-
Stipulated Request for Order to Continue Expert Discovery Cut-Off; Order Thereon
C 03-3922 MMC