<i>United States District Court<br>For the Northern District of California</i>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL TURTLE,<br><br>       Plaintiff,<br><br>    v.<br><br>CASTLE RECORDS INCORPORATED, *et al.*,<br><br>       Defendants.<br>_____/<br>JONATHAN RICHMAN,<br><br>       Plaintiff in Intervention,<br><br>    v.<br><br>JOEL TURTLE, *et al.*,<br><br>       Defendants in Intervention.<br>_____/ | No. C-03-3922 MMC (EMC)<br><br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **May 2, 2006, at 9:30 a.m.**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any questions regarding scheduling of the Further Settlement Conference should be directed to Judge Chen's secretary, Leni Doyle, at (415) 522-4050.

- ♦ **Further Settlement Conference statements shall be lodged with Judge Chen's chambers by April 25, 2006. If this case is designated as an electronic filing ("e-**

**filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

**Lead trial counsel** shall appear at the Further Settlement Conference **with the parties**. Any party who is not a natural person shall be represented by the person or persons not directly involved in the events which gave rise to the litigation but with **full authority** to negotiate a settlement. A person who needs to call another person not present before agreeing to any settlement does not have **full authority**. **Full authority means authority to accept the last demand or counter-offer by the other party.** If a party is a governmental entity, its governing body shall designate one of its members or a senior executive to appear at the settlement conference with authority to participate in the settlement conference and, if a tentative settlement agreement is reached, to recommend the agreement to the governmental entity for its approval. **An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage.** The Court shall be notified immediately if the carrier declines to attend. **Personal attendance of a party representative** will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known but no later than the settlement conference statement.

All other provisions of and dates set forth in this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

IT IS SO ORDERED.

Dated: March 7, 2006

EDWARD M. CHEN
United States Magistrate Judge