| | |
|---|---|
| 1 | DORSEY & WHITNEY LLP |
|   | Helene M. Freeman (NY 1088004) |
| 2 | Appearance Pro Hac Vice |
|   | 250 Park Avenue |
| 3 | New York, New York 10177 |
|   | Telephone: (212) 415-9200 |
| 4 | Facsimile: (212) 953-7201 |
| 5 | DORSEY & WHITNEY LLP |
|   | Diane Mason (CA SBN 168202) |
| 6 | 555 California Street, Suite 1000 |
|   | San Francisco, California 94104 |
| 7 | Telephone: (415) 781-1989 |
|   | Facsimile: (415) 398-3249 |
| 8 | |
|   | Attorneys for Defendants Sanctuary |
| 9 | Records Group, Inc., BMG Distribution, |
|   | 5.1 Label Group, LLC, Sanctuary Records |
| 10 | Group, Ltd., Sanctuary Group, Plc. |

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL TURTLE, AS ADMINISTRATOR FOR: LEXY GIRL MUSIC; RYE BOY MUSIC, WELL RECEIVED MUSIC, JONATHAN'S MUSIC; MODERN LOVE SONGS, AND TREMOR MUSIC, AND AS PARTNER IN: LEXY GIRL MUSIC; RYE BOY MUSIC; AND WELL RECEIVED MUSIC, AND MATTHEW KAUFMAN, AS AN INDIVIDUAL DOING BUSINESS AS: JONATHAN'S MUSIC; AND MODERN LOVE SONGS, AND AS PARTNER IN TREMOR MUSIC, | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: C-03-3922 MMC **STIPULATED REQUEST FOR ORDER TO MODIFY PRETRIAL PREPARATION ORDER (L.R. 6-2); ORDER THEREON** |
| Plaintiffs,. | ) ) | |
| v. | ) | |
| SANCTUARY RECORDS GROUP, INC., SANCTUARY RECORDS GROUP LIMITED, THE SANCTUARY GROUP PLC, CASTLE MUSIC PUBLISHING, CASTLE RECORDS INCORPORATED, BMG DISTRIBUTION, 5.1 ENTERTAINMENT GROUP, LLC, SILVERLINE RECORDS INCORPORATED, AND WHITE METAL MUSIC, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

FACTS

Pursuant to a stipulated request by the parties, this Court entered an order on December 12, 2005, which continued the trial date to June 19, 2006, and modified the pretrial dates. Furthermore, pursuant to a stipulated request by the parties, this Court entered an order on February 22, 2006, which continued the expert discovery cut-off date until March 31, 2006.

The last day to file dispositive motions in this matter is March 17, 2006. The parties' representatives believe they have reached agreement on terms which, if approved by the necessary officers and directors of the corporate defendants, will result in a settlement of the entire action . Therefore, Plaintiffs and Defendants in this matter both respectfully request that the Court continue the last date to file dispositive motions to March 24, 2006. The parties believe that by that date they will know whether the approvals needed to proceed with settlement have been obtained. To extend the deadline to file dispositive motions for one week should not affect the trial date, and will preserve the ability of the parties to reach a settlement on the terms proposed.

In addition, expert discovery in this matter closes on March 31, 2006. As expert depositions are currently set during the next two weeks, the parties respectfully request that the Court continue the expert discovery cut-off until April 21, 2006. Continuing the expert discovery cut-off will enable the parties to determine whether a settlement has been reached and therefore not have to expend resources to take additional discovery. The parties further agree that the last date to file motions to compel is March 31, 2005.

Finally, the last date for a settlement conference in this matter is currently scheduled for April 7, 2006. Because of the parties' schedules and Judge Chen's schedule, the settlement conference has been set for May 2, 2006. The parties therefore respectfully request that the deadline for having a settlement conference before Judge Chen be extended until May 5, 2006.

STIPULATION

Good cause exists to modify the pretrial dates in this matter as the parties have reached a settlement in principle. To continue the requested dates will allow the Court and Parties to conserve their

resources until a determination is reached as to whether the proposed settlement will take place. The parties respectfully request that the following deadlines be modified as stipulated to by all parties:

LAST DAY TO FILE DISPOSITIVE MOTIONS:   March 24, 2006

EXPERT DISCOVERY CUTOFF:   April 21, 2006

Last Date to file Motions to Compel   March 31, 2006

Settlement conference before Judge Chen to be held by May 5, 2006.

ATTESTATION OF FILER CONCERNING SIGNATURE

In accordance with general Order No. 45, Section X, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

Dated: March 16, 2006            LAW OFFICES OF WILLIAM E. WEISS

By:            /S/
_____
WILLIAM E. WEISS
Attorney for Plaintiffs
Joel Turtle, Administrator For
Rye Boy Music, Lexy Girl Music, Modern Love Songs, Well Received Music, Tremor Music And Matthew Kaufman

DATED: March 16, 2006            DORSEY & WHITNEY LLP

By: _____/s/_____
    HELENE M. FREEMAN
    DIANE J. MASON

Attorneys for Defendants Sanctuary Records Group, Inc., BMG Distribution, 5.1 Label Group, LLC, Sanctuary Records Group, Ltd., Sanctuary Group, Plc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: MARCH 17, 2006

_____
HON. MAXINE M. CHESNEY